IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GEORGE BRYANT JR., | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:23-cv-613-RP |
| TRANS UNION, LLC et al, | | |
| Defendants. | | |

## ORDER

On July 28, 2023, Plaintiff George Bryant Jr. ("Plaintiff") and Defendant Trans Union, LLC dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 13). On September 25, 2023, Plaintiff and Defendant United Heritage Credit Union dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 14). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 26, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE